UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. GARCIA,<br>Plaintiff,<br>v.<br>LOWE'S HOME CENTERS, LLC, et al.,<br>Defendants. | No. 2:22-cv-00752-DAD-CKD<br><br>ORDER TO SHOW CAUSE |

On July 7, 2026, the court directed the parties to file a notice of settlement or a joint status report regarding whether this matter has settled by no later than July 10, 2026. (Doc. No. 42.) The parties have yet to do so. Accordingly, the parties are ORDERED TO SHOW CAUSE in writing by no later than August 3, 2026 at 5:00 P.M. why this court's order (Doc. No. 42) was not followed and why sanctions should not be imposed as a result.

IT IS SO ORDERED.

Dated: **July 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE